**No. 25-1026**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALLIANCE FOR AUTOMOTIVE INNOVATION,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

**PETITION FOR REVIEW**

Nicole A. Saharsky
Erika Z. Jones
Minh Nguyen-Dang
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3052
nsaharsky@mayerbrown.com

Pursuant to 49 U.S.C. § 30161(a), 5 U.S.C. § 702, Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15, Petitioner Alliance for Automotive Innovation hereby petitions this Court for review of the Department of Transportation's final rule entitled *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles*, 89 Fed. Reg. 39,686 (May 9, 2024), as amended on reconsideration by *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles*, 89 Fed. Reg. 93,199 (Nov. 26, 2024). The rule establishes requirements for automatic emergency braking systems in new light vehicles. 89 Fed. Reg. at 93,199. The rule has an effective date of January 27, 2025. *Id.* A copy of the rule and the amendment are attached to this petition as Exhibit A.

                                                Respectfully submitted,

                                                <u>/s/ *Nicole A. Saharsky*</u>
                                                Nicole A. Saharsky
                                                Erika Z. Jones
                                                Minh Nguyen-Dang
                                                MAYER BROWN LLP
                                                1999 K Street, N.W.
                                                Washington, DC 20006
                                                (202) 263-3000
                                                nsaharsky@mayerbrown.com

Dated:  January 17, 2025

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and D.C. Circuit Rule 26.1, the Alliance for Automotive Innovation states that it is a nonprofit corporation that represents the interests of the automotive manufacturing industry. It has no parent company, and no publicly-held company has a 10% or greater ownership interest.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky

# CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025, I sent a copy of the forgoing Petition for Review by first class mail to:

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, DC 20590

Pursuant to 49 U.S.C. § 30161(b), the Clerk of Court is respectfully requested to transmit this petition to the Secretary of Transportation.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky