# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1026**                        **September Term, 2024**

TRAN-89FR93199
TRAN-89FR39686

**Filed On: January 17, 2025** [2094787]

Alliance for Automotive Innovation,

        Petitioner

        v.

United States Department of Transportation,

        Respondent

### **N O T I C E**

      This case was docketed on January 17, 2025. The Department of Transportation is hereby notified that the attached is a true copy of the petition for review, which was filed on January 17, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

      The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                          **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                                    BY:     /s/
                                                            Erica M. Thorner
                                                            Deputy Clerk

Attachment:
      Certified Copy of Petition for Review