# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1026**                    **September Term, 2024**

TRAN-89FR93199
TRAN-89FR39686

**Filed On: January 17, 2025** [2094793]

Alliance for Automotive Innovation,

        Petitioner

        v.

United States Department of Transportation,

        Respondent

## O R D E R

The petition for review in this case was filed and docketed on January 17, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 18, 2025 |
| Docketing Statement Form | February 18, 2025 |
| Procedural Motions, if any | February 18, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 18, 2025 |
| Statement of Issues to be Raised | February 18, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 18, 2025 |
| Dispositive Motions, if any | March 3, 2025 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1026**　　　　　　　　　　　　　　　　**September Term, 2024**

| | |
|---|---:|
| Entry of Appearance Form (Attorneys Only) | February 18, 2025 |
| Procedural Motions, if any | February 18, 2025 |
| Certified Index to the Record | March 3, 2025 |
| Dispositive Motions, if any | March 3, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                            BY:    /s/
                                       Erica M. Thorner
                                       Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)