# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Alliance for Automative Innovation

v.

U.S. Department of Transportation

**Case No:** 25-1026

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Alliance for Automative Innovation

### Counsel Information

**Lead Counsel:** Nicole A. Saharsky

**Direct Phone:** (202) 263-3052  **Fax:** (202) 830-0326  **Email:** nsaharsky@mayerbrown.com

**2nd Counsel:** Erika Z. Jones

**Direct Phone:** (202) 263-3232  **Fax:** (202) 263-5232  **Email:** ejones@mayerbrown.com

**3rd Counsel:** Minh Nguyen-Dang

**Direct Phone:** (202) 263-3135  **Fax:** (202) 830-0381  **Email:** mnguyen-dang@mayerbrown.com

**Firm Name:**

**Firm Address:**

**Firm Phone:** (   )    -        **Fax:** (   )    -        **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)