ORAL ARGUMENT NOT YET SCHEDULED
No. 25-1026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALLIANCE FOR AUTOMOTIVE INNOVATION,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

On Petition For Review of Final Rule of the
United States Department of Transportation

**PETITIONER'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's January 17, 2025, order, Petitioner Alliance for Automotive Innovation certifies as follows:

**A.  Parties and *Amici***

   **1.  Parties, Intervenors, and *Amici* who Appeared in the District Court**

There were no district court proceedings in this case, which is a petition for review of final agency action.

## 2. Parties, Intervenors, and *Amici* in this Court

Petitioner is the Alliance for Automotive Innovation. Respondent is the United States Department of Transportation. To date, no *amici* or intervenors have appeared in this Court.

## B. Rulings Under Review

Petitioner seeks review of the Department of Transportation's final rule entitled *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles*, 89 Fed. Reg. 39,686 (May 9, 2024), as amended on reconsideration by *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles*, 89 Fed. Reg. 93,199 (Nov. 26, 2024) (the Rule).

## C. Related Cases

The Rule has not been previously before this Court or any other court. To Petitioner's knowledge, no related case is pending in this Court or any other court. To date, to Petitioner's knowledge, no other petitions for review of the Rule have been filed. Pursuant to Rule 15 of the Federal Rules of Appellate Procedure and 49 U.S.C. § 30161(a), the deadline for filing petitions seeking review of the Rule is January 24, 2025.

|  | Respectfully submitted, |
|---|---|
|  | /s/ *Nicole A. Saharsky* |
| Charles H. Haake | Nicole A. Saharsky |
| Jessica L. Simmons | Erika Z. Jones |
| ALLIANCE FOR AUTOMOTIVE | Minh Nguyen-Dang |
| INNOVATION | MAYER BROWN LLP |
| 1050 K Street NW, Suite 650 | 1999 K Street NW |
| Washington, DC 20001 | Washington, DC 20006 |
| Tel: (202) 326-5500 | (202) 263-3000 |
|  | nsaharsky@mayerbrown.com |

Dated: February 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, the forgoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of the filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky