# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 25-1026  **2. DATE DOCKETED:** 01-17-2025
3. **CASE NAME** (lead parties only) Alliance for Automotive Innovation v. U.S. Department of Transportation
4. **TYPE OF CASE:** ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ○ Yes ● No
   If YES, cite statute _____
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: U.S. Department of Transportation
   b. Give agency docket or order number(s): NHTSA-2023-0021
   c. Give date(s) of order(s): Final Rule issued on May 9, 2024
   d. Has a request for rehearing or reconsideration been filed at the agency? ● Yes ○ No
      If so, when was it filled? 06-24-2024  By whom? Alliance for Automotive Innovation
      Has the agency acted? ● Yes ○ No  If so, when? 11-26-2024
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioner's members are manufacturers of light vehicles affected by the Rule.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ○ Yes ● No  If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ● No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ● No  If YES, provide program name and participation dates.

Signature /s/ Nicole A. Saharsky  Date 02-18-2025
Name of Party (Print) Alliance for Automotive Innovation
Name of Counsel for Appellant/Petitioner (Print) Nicole A. Saharsky
Address Mayer Brown LLP, 1999 K Street NW, Washington D.C. 20006
E-Mail nsaharsky@mayerbrown.com  Phone ( 202 ) 263-3000  Fax ( 202 ) 263-3300

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)