ORAL ARGUMENT NOT YET SCHEDULED
No. 25-1026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALLIANCE FOR AUTOMOTIVE INNOVATION,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

On Petition For Review of Final Rule of the
United States Department of Transportation

**PETITIONER'S DEFERRED APPENDIX STATEMENT**

Petitioner Alliance for Automotive Innovation hereby advises the Court that it intends to use a deferred appendix. Respondent United States Department of Transportation does not oppose. *See* D.C. Cir. R. 30(c).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ *Nicole A. Saharsky* |
| Charles H. Haake | Nicole A. Saharsky |
| Jessica L. Simmons | Erika Z. Jones |
| ALLIANCE FOR AUTOMOTIVE | Minh Nguyen-Dang |
| INNOVATION | MAYER BROWN LLP |
| 1050 K Street NW, Suite 650 | 1999 K Street NW |
| Washington, DC 20001 | Washington, DC 20006 |
| Tel: (202) 326-5500 | (202) 263-3000 |
|  | nsaharsky@mayerbrown.com |

Dated:  February 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, the forgoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of the filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky