ORAL ARGUMENT NOT YET SCHEDULED
No. 25-1026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALLIANCE FOR AUTOMOTIVE INNOVATION,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

On Petition For Review of Final Rule of the
United States Department of Transportation

**PETITIONER'S STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's January 17, 2025, Order, Petitioner Alliance for Automotive Innovation hereby submits this Statement of Issues to be Raised.  Petitioner challenges the final rule of the United States Department of Transportation entitled *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for Light Vehicles*, 89 Fed. Reg. 39,686 (May 9, 2024), as amended on reconsideration by *Federal Motor Vehicle Safety Standards; Automatic Emergency Braking Systems for*

1

*Light Vehicles*, 89 Fed. Reg. 93,199 (Nov. 26, 2024) (the Rule). Specifically, the issues to be raised are:

1. Whether the Rule violates the National Traffic and Motor Vehicle Safety Act of 1966, 49 U.S.C. § 30101 *et seq*.

2. Whether the Rule is arbitrary, capricious, or otherwise not in accordance with law. 5 U.S.C. § 706(2)(A); *see* 49 U.S.C. § 30161(a).

Respectfully submitted,

/s/ *Nicole A. Saharsky*

| | |
|---|---|
| Charles H. Haake | Nicole A. Saharsky |
| Jessica L. Simmons | Erika Z. Jones |
| ALLIANCE FOR AUTOMOTIVE | Minh Nguyen-Dang |
| INNOVATION | MAYER BROWN LLP |
| 1050 K Street NW, Suite 650 | 1999 K Street NW |
| Washington, DC 20001 | Washington, DC 20006 |
| Tel: (202) 326-5500 | (202) 263-3000 |
| | nsaharsky@mayerbrown.com |

Dated: February 18, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, the forgoing was filed with the Clerk of the United States Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of the filing to all counsel who are registered CM/ECF users.

/s/ *Nicole A. Saharsky*
Nicole A. Saharsky