# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1026**  September Term, 2024

TRAN-89FR93199
TRAN-89FR39686

Filed On: May 7, 2025 [2114854]

Alliance for Automotive Innovation,

    Petitioner

    v.

United States Department of Transportation,

    Respondent

**O R D E R**

Upon consideration of respondent's motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by July 7, 2025.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk