# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>                   Petitioner,<br><br>                   v.<br><br>DEPARTMENT OF TRANSPORTATION,<br><br>                   Respondent. | No. 25-1026 |

## STATUS REPORT

The Department of Transportation files this status report pursuant to this Court's orders of February 28, 2025 and July 22, 2025. In the February 28 order, the Court granted the government's unopposed motion to hold this matter in abeyance in light of the Department's review of the rule at issue in this litigation. The Court continued to hold this case in abeyance at the government's request in the July 22 order.

The Department is continuing to review the rule. Among other things, the Department is actively working on a notice of proposed rulemaking that would, if finalized, amend the rule at issue in this

litigation.  *See White House Office of Management & Budget, Office of Info. & Reg. Affairs,* "Amendments to FMVSS No. 127; Light Vehicle Automatic Emergency Braking," https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=2127-AM69.  In addition, the Department has met with petitioner and is actively planning another meeting with petitioner.  In light of that, the government requests that the Court continue to hold this matter in abeyance.  After consulting with petitioner, the Department respectfully proposes to update the Court with a further status report in no later than 45 days.  Counsel for petitioner has informed the undersigned that petitioner does not object to the Department's request to continue the abeyance for an additional 45 days.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*
MICHAEL S. RAAB

*s/ Steven H. Hazel*
STEVEN H. HAZEL
DAVID L. PETERS
  *Attorney, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 598-6735*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel