# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ALLIANCE FOR AUTOMOTIVE
INNOVATION,

      Petitioner,

      v.

DEPARTMENT OF TRANSPORTATION,

      Respondent.

No. 25-1026

## STATUS REPORT

The Department of Transportation files this status report pursuant to this Court's orders of February 28, 2025, and July 22, 2025. In its February 28 order, the Court granted the government's unopposed motion to hold this matter in abeyance pending the Department's review of the rule at issue in this litigation.  The Court continued the abeyance at the government's request in its July 22 order.

The Department is actively reviewing the challenged rule. Specifically, the Department is currently preparing a notice of proposed rulemaking that would, if finalized, amend certain aspects of the rule.  *See White House Office of Management & Budget, Office of Info. &*

*Reg. Affairs,* "Amendments to FMVSS No. 127; Light Vehicle Automatic Emergency Braking,"

https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202504&RIN=2127-AM69.

The Department thus maintains that continued abeyance is appropriate here.  Petitioner has informed the undersigned that it opposes keeping the case in abeyance and that it intends to file a motion to terminate the abeyance.  The government opposes that request and plans to file a response in opposition to petitioner's forthcoming motion.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

MICHAEL S. RAAB
 *David L. Peters*
DAVID L. PETERS
*Attorney, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 598-6735*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David L. Peters*

David L. Peters