# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1026**                                **September Term, 2025**

**TRAN-89FR39686**
**TRAN-89FR93199**

**Filed On:** August 13, 2026

Alliance for Automotive Innovation,

      Petitioner

      v.

United States Department of Transportation,

      Respondent


      **BEFORE:**    Katsas, Rao, and Childs, Circuit Judges

## O R D E R

      Upon consideration of the motion to lift abeyance, the opposition thereto, and the reply; and the August 5, 2026, status report and the response thereto, it is

      **ORDERED** that the motion be denied and this case remain in abeyance pending further order of the court.  The parties are directed to file motions to govern future proceedings within 45 days of the date of this order.

## Per Curiam


                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
                Selena R. Gancasz
                Deputy Clerk