**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ALLIANCE FOR AUTOMOTIVE INNOVATION,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF TRANSPORTATION,<br><br>Respondent. | No. 25-1026 |

**THE GOVERNMENT'S OPPOSED MOTION TO CONTINUE TO HOLD THIS CASE IN ABEYANCE**

The Department of Transportation files this motion pursuant to this Court's orders of February 28, 2025 and August 13, 2026. In the February 28 order, the Court granted the government's unopposed motion to hold this matter in abeyance in light of the Department's review of the rule at issue in this litigation. In the August 13 order, the Court continued to hold this case in abeyance, denying petitioner's motion to lift the abeyance, which the government opposed.

Since the August 13 order, the Department has submitted a proposed rule that amends the challenged regulation to the Office of

Information and Regulatory Affairs (OIRA). Specifically, on September 10, 2026, the Department transmitted the notice of proposed rulemaking to OIRA for regulatory review consistent with Executive Order 12866, 58 Fed. Reg. 51735 (Sept. 30, 1993). *See White House Office of Management & Budget, Office of Info. & Reg. Affairs,* "Amendments to FMVSS No. 127; Light Vehicle Automatic Emergency Braking," https://www.reginfo.gov/public/do/eoDetails?rrid=1527862. Executive Order 12866 provides that OIRA's regulatory review should be completed within 90 days. *See* Executive Order 12866 § 6(b)(2)(B).

In light of the continued rulemaking activity, the government requests that the Court continue to hold this matter in abeyance. The Department respectfully proposes to update the Court with a further status report within 45 days.

Petitioner's counsel opposes the request and represents as follows: "The Alliance for Automotive Innovation (Alliance) is unable to consent to continuing the abeyance at this time. The Alliance has not seen the proposed rule, so it does not know whether the proposal, if finalized, would resolve the issues leading to this litigation."

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

MICHAEL S. RAAB
*/s/ David L. Peters*
DAVID L. PETERS
*Attorney, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 598-6735*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David L. Peters*
David L. Peters

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 268 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters