# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1026** **September Term, 2026**

**TRAN-89FR93199**
**TRAN-89FR39686**

**Filed On: October 15, 2026** **[2198418]**

Alliance for Automotive Innovation,

Petitioner

v.

United States Department of Transportation,

Respondent

**O R D E R**

Upon consideration of respondent's motion to continue to hold this case in abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by November 30, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk